Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

STEVE SHEPLEY

    v.

ALLIANT CAPITAL MANAGEMENT. LLC

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 17-CV-295-S

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the action is hereby dismissed for failure to prosecute

Date: December 11, 2017

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/K.McMillan
    Deputy Clerk